In the Matter of the Estate of CHARLES H. BUTLER, Deceased.

(Argued December 5, 1892; decided December 23, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made December 8, 1890, which reversed an order of the Surrogate's Court of Westchester county, which confirmed the report of an appraiser to ascertain and report the tax on legacies under the will of Charles H. Butler, deceased.

*William P. Platt* for appellant.

*Frank Manser* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

DANIEL E. SICKLES, Sheriff, etc., Respondent, *v.* DAVID A. SULLIVAN, as Receiver, etc., Appellant.

(Argued December 5, 1892; decided December 23, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 9, 1892, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term.

*Frederic R. Kellogg* for appellant.

*Daniel P. Hays* for respondent.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.